**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1727

JACQUELINE YATES,

Plaintiff - Appellant,

versus

WAL-MART STORES, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-03-2804-AMD)

Submitted: October 18, 2004     Decided: November 15, 2004

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen A. Markey, III, Amy M. Kusk, THE LAW OFFICES OF STEPHEN A. MARKEY, III, P.C., Towson, Maryland, for Appellant. Christopher R. Dunn, DECARO, DORAN, SICILIANO, GALLAGHER & DEBLASIS, LLP, Lanham, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jacqueline Yates appeals the district court's orders granting summary judgment to Defendant in this personal injury action and denying Yates' motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Yates v. Wal-Mart Stores, Inc., No. CA-03-2804-AMD (D. Md. May 11 & May 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED